UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| iris-GmbH, a German limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE SECURITY INSTALLATION SERVICES, LLC, a Washington limited liability company; ANDREW SMITH and the marital community comprised of ANDREW and JANE DOE SMITH, d/b/a MOBILE SECURITY INSTALLATIONS, LLC,<br><br>Defendants. | NO. C18-123 RSM<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CERTAIN DEADLINES IN THE CASE SCHEDULING ORDER |

THIS MATTER having come before the Court upon Plaintiff's Motion to Continue Certain Deadlines, and the Court having considered the motion and being otherwise duly advised, and for good cause shown, it is hereby

ORDERED, that the Motion to Continue Certain Deadlines shall be and hereby is GRANTED, and the Court's Order dated February 13, 2018 (Dkt. #8), is hereby modified as follows:

1. The deadline for the parties to conduct a FRCP 26(f) conference is extended to April 3, 2018;

ORDER GRANTING PLAINTIFF'S MOTION TO
CONTINUE CERTAIN DEADLINES IN THE CASE
SCHEDULING ORDER - 1

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

2. The deadline for initial disclosures is extended until April 10, 2018;

3. The deadline to file a Combined Joint Status Report and Discovery Plan is extended to April 17, 2018;

4. All other deadlines not referenced above shall remain the same.

DATED this 6th day of April 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FLOYD, PFLUEGER & RINGER, P.S.

By: /s/ THOMAS W. STONE
THOMAS W. STONE, WSBA #37559
500 West Thomas Street
Suite 500
Seattle, Washington 98119
Telephone: (206) 441-4455
E-mail: tstone@floyd-ringer.com

Attorney for Plaintiff iris-GmbH

ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CERTAIN DEADLINES IN THE CASE SCHEDULING ORDER - 2

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484