1  Thomas W. Stone, WSBA #37559
   FLOYD, PFLUEGER & RINGER P.S.
2  200 W. Thomas Street, Suite 500
   Seattle, WA 98119-4296
3  tstone@floyd-ringer.com
   Tel (206) 441-4455
4  Fax (206) 441-8484

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| iris-GmbH, a German limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MOBILE SECURITY INSTALLATION SERVICES, LLC, a Washington limited liability company; ANDREW SMITH and the marital community comprised of ANDREW and JANE DOE SMITH, d/b/a MOBILE SECURITY INSTALLATIONS, LLC,<br><br>Defendants. | NO. 2:18-cv-00123<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

THIS MATTER, having come before the Court upon Plaintiff's Motion for Default Judgment, the Court having reviewed all pleadings submitted, including:

1. Plaintiff's Motion for Default Judgment;
2. The Declaration of Andreas Thun in Support of Motion for Default Judgment and exhibits thereto; and
3. The Declaration of Thomas Stone and exhibits thereto.

and being otherwise fully informed in the premises,

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 1

NO. 2:18-cv-00123

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Default Judgment is GRANTED. The Court finds that the parties' agreement for the purchase of goods and services entitles Plaintiff, as the prevailing party, to an award of the amount due and owing by Defendants for those goods and services, which is a sum certain, plus costs other than attorney's fees. The Clerk of the Court is therefore directed to enter judgment in the amount of $30,695.55 against Defendants Mobile Security Installation Services, LLC, Andrew Smith, and Jane Doe Smith.

DATED this 2nd day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s Thomas W. Stone
Thomas W. Stone, WSBA No. 37559
FLOYD, PFLUEGER & RINGER P.S.
200 W. Thomas Street, Suite 500
Seattle, WA 98119
(206) 441-4455
tstone@floyd-ringer.com
*Attorney for Plaintiff*

ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT - 2

NO. 2:18-cv-00123

FLOYD, PFLUEGER & RINGER P.S.
200 WEST THOMAS STREET, SUITE 500
SEATTLE, WA 98119
TEL 206 441-4455
FAX 206 441-8484